UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZIA SHAIKH,<br><br>            Plaintiffs,<br><br>v.<br><br>JACKSON TOWNSHIP, et al.<br><br>            Defendants. | 15-4106<br>Civil Action No: ~~14-cv-7081~~ (PGS)<br><br>ORDER |

     This matter is before the Court on a Motion to Dismiss Plaintiffs Complaint with Prejudice by Defendant Cowan & Gunteski, CPA, Co. (ECF No. 18) and on a motion for default judgment by Plaintiff (ECF No. 26) and the Court having reviewed the papers submitted by the parties, and having heard the arguments of the parties; and having found that an amendment to Plaintiff's Complaint would be futile; and for the reasons set forth on the record on September 21, 2015, and for good cause shown,

     IT IS on this 21st day of September, 2015,

     ORDERED that the Motion to Dismiss (ECF No. 18) is granted and the case is dismissed with prejudice against Defendant Cowan & Gunteski, CPA, Co. and it is further

     ORDERED that the motion for default judgment (ECF No. 26) is denied without prejudice.

_____
PETER G. SHERIDAN, U.S.D.J.