```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                        Minute of Proceeding
```

OFFICE: TRENTON

JUDGE PETER G. SHERIDAN                    Date: September 21, 2015

Court Reporter:  Frank Gable

TITLE OF CASE:                             CIVIL 15- 4106 (PGS)
ZIA SHAIKH

     vs.
JACKSON TOWNSHIP, et al

APPEARANCES:

Zia Shaikh, Pro Se Plaintiff
Kristy L. Krasowski, Esq for Defendant Cowan & Gunteski, CPA. Co.

NATURE OF PROCEEDINGS:

Hearing on motion [18] by Cowan & Gunteski, CPA, Co., to Dismiss
Plaintiff's Complaint with Prejudice.
Ordered motion granted and the case is dismissed with prejudice
against Cowan & Gunteski, CPA Co.

Hearing on motion [26] by Zia Shaikh for Default Judgment.
Ordered motion denied without Prejudice.

Decision on motion [18] by Cowan & Gunteski, CPA, Co. to Dismiss
Plaintiff's Complaint with Prejudice and motion [26] by Zia Shaik
for Default Judgment read into the record.

Order to be filed.

TIME COMMENCED: 2:30 PM                    Dolores J. Hicks
TIME ADJOURNED: 3:00 PM                    Deputy Clerk
TOTAL TIME:     0:30