UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZIA SHAIKH,<br><br>*Plaintiff,*<br><br>v.<br><br>JACKSON TOWNSHIP, *et al.*,<br><br>*Defendants.* | Civil Action No. 15-cv-4106 (PGS)(DEA)<br><br><br>**ORDER** |

    Having carefully considered the moving papers, the arguments presented therein and at the hearing convened before the Court on November 9, 2016, and for the reasons set forth on the record by the Honorable Peter G. Sheridan, U.S.D.J., and for good cause shown,

    IT IS on this 14th day of November, 2016,

    ORDERED that the Defendants' Motion to Quash Subpoenas and for Other Relief (ECF No. 88) is DENIED as MOOT; it is further

    ORDERED that the Defendants Law Firm of Citta, Holzapfel & Zabarsky, Kimberly Zabarsky, Steven A. Zabarsky, Esq. Motion for Summary Judgment (ECF No. 98) is GRANTED; it is further

    ORDERED that the Defendants Patricia Germadnig, Siegfried Germadnig, Laura Germadnig-Shaikh, Kenneth Reeves, Melissa Reeves Motion for Judgment on the Pleadings (ECF No. 102) is GRANTED; it is further

ORDERED that the Defendants Tristan Bennett, Camille Eluzzi, Jackson Township, Jackson Township Police Department, Wayne Olejarz, Eric Prosniewski and David Watson Motion for Judgment on the Pleadings (ECF No. 103) is GRANTED; it is further

ORDERED that Defendant Cathleen J. Christie's Request to join Defendants' Motions (ECF No. 116) is GRANTED, and all causes of action against Defendant Christie are dismissed;

ORDERED that the Plaintiff's Cross-Motion to Strike Motion for Judgment on the Pleadings, Motion for Summary Judgment and Motion for Judgment on the Pleadings (ECF No. 119) is DENIED; and it is further

ORDERED that the Plaintiff's Motion for Leave to File a Surreply by Zia Shaikh (ECF No. 129) is DENIED.

_____
PETER G. SHERIDAN, U.S.D.J.